FILED
October 13, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )      Case No. MAG. 05-0304-PAN
            Plaintiff,          )
v.                              )      ORDER FOR RELEASE OF
                                )      PERSON IN CUSTODY
KATIE SAUER,                    )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KATIE SAUER , Case No. MAG. 05-0304-PAN , Charge MANUFACTURE 100 OR MORE MARIJUANA PLANTS , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Bail Posted in the Sum of $_____

    ✓   Unsecured Appearance Bond ( $10,000 )

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA  on  October 13, 2005  at  2:38 pm .

By  /s/ Peter A. Nowinski
_____

Peter A. Nowinski

United States Magistrate Judge